EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
BRIAN C. KINNEY, State Bar No. 245344
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5255
 Fax:  (415) 703-5843
 Email:  Brian.Kinney@doj.ca.gov

Attorneys for Respondent Board of Parole Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Justo Escalante ,**<br><br>                              Petitioner,<br><br>         v.<br><br>**J. Davis, et al.,**<br><br>                              Respondent. | C07-2702 JF<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Judge:    The Honorable Jeremy Fogel |

**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE OF PLEADING**

Petitioner Justo Escalante is a California state inmate proceeding pro se in this habeas corpus action.  Petitioner, who is currently serving an indeterminate sentence for second degree murder, alleges that the California Board of Parole Hearings unconstitutionally denied him parole in a 2005 parole consideration hearing.  On August 27, 2007, this Court issued an order to show cause.

/ / /

/ / /

/ / /

/ / /

1  For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully
2  requests a thirty-day extension of time, up to and including November 26, 2007, to file a
3  responsive pleading in this matter.
4       Dated: October 26, 2007
5                           Respectfully submitted,
6                           EDMUND G. BROWN JR.
                            Attorney General of the State of California
7                           DANE R. GILLETTE
                            Chief Assistant Attorney General
8                           JULIE L. GARLAND
9                           Senior Assistant Attorney General
                            ANYA M. BINSACCA
10                          Supervising Deputy Attorney General

13                          /S/ BRIAN C. KINNEY
                            BRIAN C. KINNEY
14                          Deputy Attorney General
                            Attorneys for Respondent

16  20111098.wpd
17  SF2007200686

Req. for Ext. of Time to File a Response                                    Escalante v. Davis
                                                                              C07-2702 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Escalante v. Davis**

Case No.:    **C07-2702 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 26, 2007**, I served the attached

**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Justo Escalante  
E-91258  
Correctional Training Facility  
P.O. Box 686  
Soledad, CA 93960-0686  
in pro per

Justo Escalante  
E-91258  
Correctional Training Facility Central  
F-Wing 302  
P.O. Box 689  
Soledad, CA 93960-0689  
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 26, 2007**, at San Francisco, California.

_____R. Panganiban_____        _____*R. Pang*_____  
Declarant                                         Signature

20111167.wpd