IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Justo Escalante ,** | C07-2702 JF |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **J. Davis, et al.,** | |
| Respondent. | Judge:  The Honorable Jeremy Fogel |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including November 26, 2007, to file a responsive pleading in this matter.  If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a reply or opposition to a motion within thirty day of his receipt of Respondent's responsive pleading.

Dated: _____          _____
                                                                                                    The Honorable Jeremy Fogel