IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Justo Escalante ,** <br><br>　　　　　　　　　Petitioner, <br><br>　　　v. <br><br> **J. Davis, et al.,** <br><br>　　　　　　　　　Respondent. | C07-2702 JF <br><br> **[PROPOSED] ORDER** <br><br><br><br> Judge:  The Honorable Jeremy Fogel |

　　GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including November 26, 2007, to file a responsive pleading in this matter.  If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a reply or opposition to a motion within thirty day of his receipt of Respondent's responsive pleading.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel