*e-filed 10/30/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Justo Escalante ,**<br><br>                              Petitioner,<br><br>       v.<br><br>**J. Davis, et al.,**<br><br>                              Respondent. | C07-2702 JF<br><br>**[PROPOSED] ORDER**<br><br><br><br>Judge:  The Honorable Jeremy Fogel |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including November 26, 2007, to file a responsive pleading in this matter.  If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a reply or opposition to a motion within thirty day of his receipt of Respondent's responsive pleading.

Dated: 10/29/07

_____
The Honorable Jeremy Fogel