# EXHIBIT A

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM

(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
**BRANCH** NORTH VALLEY

**COURT I.D.** 190014

**CASE NUMBER:** PA004647

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** ESCALANTE, JUSTO  [X] PRESENT  [ ] NOT PRESENT
**AKA:** Escalante, Jose Ambrosio

**COMMITMENT TO STATE PRISON / ABSTRACT OF JUDGMENT**
**AMENDED ABSTRACT** [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 04  04  91 | NV F | HOWARD J SCHWAB | M MATTHEWS |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| M MURPHY | A FLIER | D BLUM, DPD | X211382 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO / DAY / YEAR | CONVICTED BY (JURY/COURT/PLEA) | TERM (L,M,U) | TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|
| 01 | PC | 245(a)(1) | AWDW-GBI | 90 | 04 / 04 / 91 | JURY (X) | M | 0 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 12022.7 | S | | | | | | | | | 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0 |

4. OTHER ORDERS:

SENTENCE STAYED PENDING THE FINALITY OF THE JUDGMENT OF COUNT II,
THE STAY TO BECOME PERMANENT UPON THE FINALITY OF THE JUDGMENT.

5. TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT): 0
6. TOTAL TERM IMPOSED: 0
7. [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):
8. EXECUTION OF SENTENCE IMPOSED:
   A. [X] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. [ ] OTHER

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): 04-04-91
   CREDIT FOR TIME SPENT IN CUSTODY — TOTAL DAYS: 285  INCLUDING: ACTUAL LOCAL TIME: 195  LOCAL CONDUCT CREDITS: 95
   STATE INSTITUTIONS: [ ] DMH   [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [X] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
    [ ] CALIF. MEDICAL FACILITY – VACAVILLE
    [ ] SAN QUENTIN
    [X] CALIF. INSTITUTION FOR MEN – CHINO
    [ ] DEUEL VOC. INST.
    [ ] OTHER (SPECIFY)

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____    DATE: APR 10 1991

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

**ABSTRACT OF JUDGMENT – COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

*Cust* *Feb 4-18-91*
*E91258*

**REPORT – INDETERMINATE SENTENCE,**
**OR OTHER SENTENCE CHOICE**

FORM CR 291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
COURT I.D. **199014** BRANCH **2515-869** **NORTH VALLEY**

'91 APR 25 AM 10:06

PEOPLE OF THE STATE OF CALIFORNIA -versus-
DEFENDANT: **ESCALANTE, JUSTO** ☒ PRESENT   CASE NUMBER (S) **PA004647** - A
AKA: **Escalante, Jose Ambrosio** ☐ NOT PRESENT                                  - B

REPORT OF:  ☐ DEATH SENTENCE            AMENDED                              - C
            ☒ INDETERMINATE SENTENCE   REPORT ☐                              - D
            ☐ OTHER SENTENCE CHOICE                                          - E

DATE OF HEARING (MO) (DAY) (YR)  **04 04 91**    DEPT. NO **NV F**    JUDGE **HOWARD J SCHWAB**    CLERK **M MATTHEWS**

REPORTER **M MURPHY**    COUNSEL FOR PEOPLE **A FLIER**    COUNSEL FOR DEFENDANT **D BLUM, DPD**    PROBATION NO. OR PROBATION OFFICER **X211382**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
   ☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT. ____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | PC | 205 | AGGRAVATED MAYHEM | 90 | 04 | 04 | 91 | X | | | |

2. ENHANCEMENTS (charged and found true) TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. DO NOT LIST enhancements charged but not found true or stricken under § 1385. DO NOT LIST TIME imposed.
For indeterminate terms, report enhancements and time imposed for them on the abstract.

| Count | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 12022(b) | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under §667.5(b) list § 667.5(b) 2 times. DO NOT LIST enhancements not found true. Also enter here any enhancement not provided for in space 2. DO NOT LIST TIME imposed.
For indeterminate terms, report enhancements and time for them on the abstract.

4. ☐ Defendant was sentenced TO DEATH on counts _____
5. ☒ Defendant was sentenced to State Prison for an indeterminate term:
   A. ☒ For LIFE, or a term such as 15 or 25 years to life, WITH POSSIBILITY OF PAROLE on counts **02**
   B. ☐ For LIFE WITHOUT the possibility of parole on counts _____
   C. ☐ For other term prescribed by law on counts _____ . (Life Terms are on "A" and "B.")
6. ☐ Counts _____ are alternate felony/misdemeanors and were DEEMED MISDEMEANORS.
   A term in jail ☐ was  ☐ was not  ordered.
7. ☐ For counts _____ the defendant was placed on FELONY probation.
   A. (1) ☐ Sentence pronounced and execution of sentence was suspended; or
      (2) ☐ Imposition of sentence was suspended.
   B.  Conditions of probation included  ☐ Jail Time      ☐ Fine
8. ☐ Other dispositions
   A. ☐ Defendant was committed to California Youth Authority.
   B. ☐ Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. ☐ Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. ☐ Proceedings suspended, and defendant was committed as mentally incompetent.

NOTE 1: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON.
NOTE 2: FOR DEATH SENTENCE OR INDETERMINATE SENTENCE, ABSTRACT OF JUDGMENT MUST ALSO BE PREPARED. IT IS NOT SENT TO THE ADMINISTRATIVE OFFICE OF THE COURTS (AOC).
NOTE 3: IF DEFENDANT IS SENTENCED ON BOTH DETERMINATE AND INDETERMINATE COUNTS, FORM DSL 290 OR 290.1 MUST BE PREPARED AND SENT TO AOC AS WELL AS THIS FORM AND AN ABSTRACT FOR INDETERMINATE COUNTS THAT IS NOT SENT TO AOC.

DEPUTY'S SIGNATURE _____                                          APR 10 1991

REPORT – INDETERMINATE SENTENCE
FORM CR 291

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

Const. Art. VI § 6