# EXHIBIT B

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES
## PROBATION OFFICER'S REPORT

REPORT SEQUENCE NO. 1

| DEFENDANT'S NAME(S) | | | | COURT | JUDGE | COURT CASE NO |
|---|---|---|---|---|---|---|
| JOSE AMBROSIO ESCALANTE | | | | NV-F | SCHWAB | PA004647 C/O |

| ADDRESS (PRESENT/RELEASE) | | | | HEARING DATE | DEFENSE ATTY. | PROSECUTOR |
|---|---|---|---|---|---|---|
| 9215 SEPULVEDA, NO. 38, SEPULVEDA, CA 91343 | | | | 12-5-90 | P.D. | D.A. |

| BIRTHDATE | AGE | SEX | RACE | DPO | AREA OFFICE | PHONE NO. |
|---|---|---|---|---|---|---|
| 3-26-63 | 27 | MALE | HISPANIC | LEMOS | ESFV | 374-2054 |

| CITIZENSHIP STATUS | DRIVER'S LICENSE/EXP. DATE |
|---|---|
| UNDOCUMENTED ALIEN | C5340135 |

| PROBATION NO. | CII NO. | BOOKING NO. |
|---|---|---|
| X-211382 | A08735712 | 2190024 |

TYPE REPORT:
- ___ Probation and sentence
- _X_ Pre-Conviction (131.3 CCP)
- ___ Post sentence
- ___ Diversion (Specify) _____

| DAYS IN JAIL THIS CASE | CUSTODY STATUS |
|---|---|
| ☐ ESTIMATED  XX VERIFIED  70 | NCCF |

## PRESENT OFFENSE: LEGAL HISTORY

**CHARGED with the crimes of** (INCLUDE PRIORS, ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)

COUNT I: 245(A)(1) PC (ASSAULT GREAT BODILY INJURY WITH DEADLY WEAPON),
PLUS PC 12022.7.
COUNT II: 205 PC (AGGRAVATED MAYHEM)
PLUS PC 12022(B).

**CONVICTED of the crimes of** (INCLUDE PRIORS, ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)

N/A - PRE-PLEA

| CONVICTED BY | DATE OF REFERRAL | COUNT(S) CONTINUED TO P & S FOR DISPOSITION |
|---|---|---|
| N/A | 10-30-90 | I AND II |

| PROPOSED PLEA AGREEMENT | SOURCES OF INFORMATION |
|---|---|
| N/A | D.A. FILE |

| DATE(S) OF OFFENSE | TIME(S) |
|---|---|
| 9-10-90 | 4:20 A.M. |

DEFENDANT: ☐ N/A  (SEE PRIOR RECORD SECTION)
- XX ON PROBATION
- ☐ PENDING PROBATION VIOLATION
- ☐ SENTENCED TO STATE PRISON/COUNTY JAIL ON CASE ____
- ☐ PENDING NEW CASE
- ☐ ON PAROLE-REMAINING TIME ____

HOLD/WARRANTS: XX YES  ☐ NO

## RECOMMENDATION:
- ☐ PROBATION
- ☒ DENIAL
  - ☐ COUNTY JAIL
  - ☒ STATE PRISON
- ☐ DIAGNOSTIC STUDY
  - ☐ 707.2 WIC
  - ☐ 1203.03 PC
- ☐ CYA
- ☐ OTHER ____

76P725B-Prob 19SC (Rev 6/85) 8/87

| PRESENT OFFENSE: (CONTINUED) | | | SOURCES OF INFORMATION (this page) D.A. FILE | | |
|---|---|---|---|---|---|
| ARREST DATE | TIME | BOOKED AS | OFFENSE | LOCATION OF ARREST | ARRESTING AGENCY |
| 9-26-90 | 1100 | ESCALANTE, JOSE AMBROSIO | 187(A) PC (ATTEMPTED MURDER) | 10250 ETIWANDA | LAPD |

| CO-DEFENDANT(S) | CASE NO. | DISPOSITION |
|---|---|---|
| N/A | | |

ELEMENTS AND RELEVANT CIRCUMSTANCES OF THE OFFENSE:

ON SEPTEMBER 10, 1990, AT APPROXIMATELY 4:20 A.M., VICTIM JAMES BROOKS GOT INTO AN ARGUMENT WITH THE DEFENDANT. THE DEFENDANT WANTED TO BORROW HIS CAR BUT THE VICTIM REFUSED. THE DEFENDANT AND SOME OF HIS FRIENDS STARTED HITTING AND KICKING THE VICTIM. WHILE THE VICTIM WAS DOWN, THE DEFENDANT STRUCK THE VICTIM IN THE EYE WITH A KNIFE PENETRATING THE BRAIN.

THE DEFENDANT WAS ARRESTED ON SEPTEMBER 26, 1990, WHILE IN CUSTODY ON ANOTHER MATTER.

-2-   (ESCALANTE)

76P725B—Prob. 19SC (Rev. 6/85)  8/87

| VICTIM: | SOURCES OF INFORMATION (this page)<br>VICTIM |
|---|---|

| NAME<br>JAMES BROOKS | COUNT(S)<br>I, II |
|---|---|

INJURY: PROPERTY LOSS (TYPE / COST / ETC.)
PERMANENT LOSS OF SIGHT TO RIGHT EYE.
FRONTAL LOBOTOMY PERFORMED.
MEDICAL BILLS IN EXCESS OF $177,000.

INSURANCE COVERAGE
NONE

| LOSS: ☒ YES ☐ NO | ESTIMATED LOSS<br>$177,000 | RESTITUTION ALREADY MADE<br>NONE | APPLIED FOR VICTIM RESTITUTION FUND<br>☐ UNK  ☐ YES  ☒ NO |
|---|---|---|---|

**VICTIM STATEMENT:**

VICTIM BROOKS TOLD THE PROBATION OFFICER THAT ON THE NIGHT OF THE ATTACK, HIS GIRLFRIEND WAS ARGUING WITH THE DEFENDANT. MR. BROOKS SAYS THAT WHEN HE APPROACHED THE TWO, THE DEFENDANT PULLED A KNIFE AND THE VICTIM TRIED TO ESCAPE. WHEN HE SLIPPED IN THE MUD, THE DEFENDANT'S FRIENDS KICKED AND HIT VICTIM BROOKS AND THE DEFENDANT STABBED HIM IN THE RIGHT EYE. MR. BROOKS SAYS THAT HE BLACKED OUT AND DID NOT REMEMBER ANYTHING UNTIL APPROXIMATELY SIX DAYS LATER.

VICTIM BROOKS FURTHER STATED THAT HE USED TO BE A FRIEND OF THE DEFENDANT AND DID NOT UNDERSTAND THE UNPROVOKED ATTACK. HE WANTS THE DEFENDANT TO PAY FOR WHAT HE DID.

| RESTITUTION | TOTAL NUMBER OF VICTIMS<br>ONE | ESTIMATED LOSS TO ALL VICTIMS<br>$177,000 | VICTIM(S) NOTIFIED OF P&S HEARING<br>☒ YES  ☐ NO  1191.3(B) P |
|---|---|---|---|

| DOES DEFENDANT HAVE INSURANCE TO COVER RESTITUTION:<br>☐ YES  ☒ NO | INSURANCE COMPANY NAME/ADDRESS/TELEPHONE NO. |
|---|---|

-3-   (ESCALANTE)                                    _____ VICTIM LIST CONTINUES NEXT PAGE

76P7258—Prob. 19SC (Rev. 6/85)  8/87

PRIOR RECORD:

SOURCES OF INFORMATION (this page)
CLETS (9/28/90), PROBATION RECORDS.

AKA'S:  JOSE AMBROSIO ESCALANTE, DAVID BETANCUR, JUAN CARLOS GONZALES, JUAN CARLOS ESCALANTE

JUVENILE HISTORY:

NONE.

INFORMATION IS NOT AVAILABLE THROUGH PROBATION DEPARTMENT INQUIRY FIVE YEARS AFTER JUVENILE PROBATION ACTIVITY IS TERMINATED, AND DEFENDANT ADMITS NO RECORD.

ADULT HISTORY:

3/16/88        LAPD - 11352 H&S (TRANSPORT/SALES NARCOTIC CONTROLLED SUBSTANCE).  6/21/88 CASE #A820178, VAN NUYS SUPERIOR COURT, CONVICTED OF SAME, A FELONY.  SENTENCED TO 36 MONTHS PROBATION, 180 DAYS COUNTY JAIL.  3/9/90, PROBATION REVOKED BENCH WARRANT ISSUED.

    (DEFENDANT SAYS THAT HE SOLD TWENTY DOLLARS WORTH OF COCAINE TO AN UNDERCOVER POLICE OFFICER.)

9/16/89        LAPD - 12021(A) PC (FELON/ADDICT/ETC. POSSESS FIREARM).  9/19/89, CASE #89F10367, SAN FERNANDO MUNI COURT, CONVICTED OF A MISDEMEANOR.

    (THE DEFENDANT DENIES THAT HE WAS ARRESTED FOR BEING IN POSSESSION OF A FIREARM.)

9-14-90        LAPD - 11352 H&S (SALE OF A CONTROLLED SUBSTANCE).  10-11-90 CASE NUMBER LA005012, CALLED FOR A PRE-PRE-CONVICTION HEARING, DEPARTMENT NORTHWEST-S.  CASE CONTINUED TO 12-7-90 FOR TRIAL.

    (ACCORDING TO PROBATION RECORDS, THE DEFENDANT WAS ARRESTED FOR SELLING $30 WORTH OF ROCK COCAINE TO UNDERCOVER OFFICERS.)

9-14-90.

-4- (ESCALANTE)

76P7258-Prob. 19SC (Rev. 6/85) 8/87

| | |
|---|---|
| **PERSONAL HISTORY:** | SOURCES OF INFORMATION (this page)<br>DEFENDANT |

**SUBSTANCE ABUSE:**

\_\_\_ No record, indication, or admission of alcohol or controlled substance abuse.

\_\_\_ Occasional social or experimental use of _____ acknowledged.

_X_ See below: Indication / admission of significant substance abuse problem.

Referred to Narcotic Evaluator ☐ Yes ☒ No          \_\_\_\_\_ Narcotic Evaluator's report attached

Additional information   THE DEFENDANT SAYS THAT HE HAS BEEN SMOKING ROCK COCAINE ON A WEEKLY BASIS FOR THE LAST TWO YEARS. HE SAYS THAT FROM THE AGE OF 23 TO ABOUT THE AGE OF 25, HE SMOKED MARIJUANA SEVERAL TIMES ~~A~~ WEEK ON A REGULAR BASIS. CURRENTLY, THE DEFENDANT SAYS HE DRINKS TWO TO THREE BEERS A DAY AND A SIX-PACK OF BEER ON THE WEEKEND.

**PHYSICAL / MENTAL / EMOTIONAL HEALTH:**

_X_ No indication or claim of significant physical/mental/emotional health problem.

\_\_\_ See below: Indication / claim of significant physical/mental/emotional health problem.

-5-   (ESCALANTE)
76P7258—Prob. 19SC (Rev. 6/85) 8/87

| PERSONAL HISTORY: (CONTINUED) | | | SOURCES OF INFORMATION (this page) DEFENDANT | |
|---|---|---|---|---|
| **RESIDENCE** | TYPE RESIDENCE APARTMENT | LENGTH OF OCCUPANCY 3 MONTHS | ~~MORTGAGE~~/RENT $125 MO. | RESIDES WITH/RELATIONSHIP FRIEND |
| RESIDENTIAL STABILITY LAST FIVE YEARS FAIR | | CAME TO STATE / FROM HONDURAS/1984 | | CAME TO COUNTY / FROM HONDURAS/1984 |

Additional information

| **MARRIAGE / PARENTHOOD** | MARITAL STATUS SINGLE | NAME OF SPOUSE / PRESENT COHABITANT |
|---|---|---|
| LENGTH OF UNION | NO. OF CHILDREN THIS UNION | SUPPORTED BY |
| NO. PRIOR ~~MARRIAGES~~ COHABITATIONS ONE | NO. OF CHILDREN THESE UNIONS ONE | SUPPORTED BY CHILD'S MOTHER |
| NO. OF OTHER CHILDREN | SUPPORTED BY | |

Additional information

| FORMAL EDUCATION: |
|---|
| THE DEFENDANT HAS A HIGH SCHOOL EDUCATION AND CLAIMS HE COMPLETED ONE YEAR AT A JUNIOR COLLEGE IN THE LOS ANGELES AREA. |

-6-   (ESCALANTE)

76P725B—Prob. 19SC (Rev. 6/85)   8/87

| PERSONAL HISTORY: (CONTINUED) | | SOURCES OF INFORMATION (this page) DEFENDANT | | |
|---|---|---|---|---|
| **EMPLOYMENT STATUS** | ☐ EMPLOYED  ☒ UNEMPLOYED | REFERRED TO WORK FURLOUGH ☐ YES ☒ NO | EMPLOYER AWARE OF PRESENT OFFENSE ☒ N/A   ☐ YES   ☐ NO | |
| PRESENT/LAST EMPLOYER / ADDRESS / PHONE N/A | | OCCUPATION | PERIOD OF EMPLOYMENT | GROSS MONTHLY WAGE |
| ☐ VERIFIED   ☐ UNVERIFIED | | EMPLOYMENT STABILITY LAST 5 YEARS  UNABLE TO VERIFY | TYPES OF PREVIOUS EMPLOYMENT CONSTRUCTION, POOL CLEANING | |

Additional information

THE DEFENDANT SAYS HE SUPPORTS HIMSELF THROUGH DAY WORK EITHER IN CONSTRUCTION OR POOL CLEANING. HE MAKES ABOUT $50 TO $60 A DAY WHEN WORK IS AVAILABLE.

| **FINANCIAL STATUS** | INCOME STABILITY POOR | | NET MONTHLY INCOME N/A | |
|---|---|---|---|---|
| PRIMARY INCOME SOURCE | | SECONDARY INCOME SOURCE(S) | EST. TOTAL ASSETS | EST. TOTAL LIABILITIES |

MAJOR ASSETS / ESTIMATED VALUE

MAJOR LIABILITIES / ESTIMATED AMOUNT (MONTHLY)

Additional information

GANG ACTIVITY   ☐ YES   ☒ NO        Name of Gang _____

-7- (ESCALANTE)
76P725B-Prob. 19SC (Rev. 6/85) 8/87

DEFENDANT'S STATEMENT:

DEFENDANT CHOSE NOT TO MAKE A STATEMENT TO THE PROBATION OFFICER REGARDING THE PRESENT OFFENSE.

INTERESTED PARTIES:

DR. BENEDON, WHO WAS ON DUTY IN THE EMERGENCY ROOM AT HOLY CROSS HOSPITAL, THE NIGHT VICTIM BROOKS WAS INITIALLY TREATED, HAD THE FOLLOWING TO SAY:

DR. BENEDON REPORTS THAT VICTIM BROOKS SUSTAINED A RATHER SEVERE AND COMPLICATED INJURY. HE SAYS THE VICTIM WAS STABBED WITH ENOUGH FORCE TO CAUSE TRAUMA TO THE EYE AND THE BRAIN, RESULTING IN BOTH LOSS OF EYESIGHT AND PERMANENT BRAIN DAMAGE.

PROBATION OFFICER SENT A FORM LETTER TO THE IMMIGRATION AND NATURALIZATION SERVICE ADVISING THEM OF THE DEFENDANT'S STATUS.

EVALUATION:

THE DEFENDANT'S BEHAVIOR IN THE PRESENT MATTER CAN ONLY BE DESCRIBED AS EXTREMELY VIOLENT AND SUB-HUMAN. IT SEEMS HE WAS NOT CONTENT WITH SIMPLY STABBING THE VICTIM, RATHER THE DEFENDANT WAS INTENT UPON DOING HIM SERIOUS HARM. UNFORTUNATELY FOR THE VICTIM, THE DEFENDANT SUCCEEDED IN MAIMING HIM FOR LIFE. THERE IS ABSOLUTELY NOTHING ABOUT THIS MATTER THAT JUSTIFIES SUCH A BRUTAL ATTACK.

-8-   (ESCALANTE)

76C692G — PROB. 5A

GIVEN THE EXTREME GRAVITY OF THE OFFENSE, THE DEFENDANT IS NEITHER ELIGIBLE NOR IS HE VIEWED AS SUITABLE FOR PROBATION OF ANY KIND. IF THE DEFENDANT IS IN FACT CONVICTED OF THE CRIMES IN THIS MATTER, A COMMITMENT TO STATE PRISON IS CLEARLY WARRANTED IN THE MATTER.

SENTENCING CONSIDERATIONS:

THE DEFENDANT IS INELIGIBLE FOR PROBATION.

CIRCUMSTANCES IN AGGRAVATION:

1. THE VICTIM WAS PARTICULARLY VULNERABLE.

2. THE DEFENDANT INDUCED OTHERS TO PARTICIPATE IN THE COMMISSION OF THE CRIME AND OCCUPIED A POSITION OF LEADERSHIP OF OTHER PARTICIPANTS IN THE COMMISSION.

3. THE DEFENDANT'S PRIOR PERFORMANCE ON PROBATION WAS UNSATISFACTORY.

CIRCUMSTANCES IN MITIGATION:

NONE.

GIVEN THE WEIGHT OF THE AGGRAVATING CIRCUMSTANCES, AS WELL AS THE PERMANENT BODILY INJURY SUSTAINED BY THE VICTIM, A COMMITMENT TO STATE PRISON FOR THE LENGTHIEST TERM ALLOWABLE BY LAW, IS CLEARLY WARRANTED IF THE DEFENDANT IS CONVICTED OF THE CHARGES.

RECOMMENDATION:

IF CONVICTED, IT IS RECOMMENDED THAT PROBATION BE

-9-   (ESCALANTE)

76C692G - PROB. 5A

1  DENIED AND THAT THE DEFENDANT BE SENTENCED TO STATE PRISON WITH
2  PRE-IMPRISONMENT CREDIT OF 70 DAYS; THAT THE COURT ORDER THE
3  DEFENDANT TO PAY A RESTITUTION FINE OF $100 AS PROVIDED IN
4  SUBDIVISION (A) OF SECTION 13967 OF THE GOVERNMENT CODE.
5  RESPECTFULLY SUBMITTED,
6  BARRY J. NIDORF,
   PROBATION OFFICER
7
8
9  BY _____
   AUGUSTINE LEMOS, DEPUTY
   EAST SAN FERNANDO VALLEY AREA OFFICE
10 374-2054
11
12 READ AND APPROVED:                I HAVE READ AND CONSIDERED
                                     THE FOREGOING REPORT OF
                                     THE PROBATION OFFICER
13
14 BY _____
   ART KEENER, SDPO
15                                   _____
                                     JUDGE OF THE SUPERIOR COURT
16 (SUBMITTED: 11-27-90)
   (TYPED: 11-29-90)
17 AL:RH          (6)

18         IF PROBATION IS GRANTED, IT IS RECOMMENDED THAT
19 THE COURT DETERMINE DEFENDANT'S ABILITY TO PAY COST OF PROBATION
20 SERVICES PURSUANT TO SECTION 1203.1B PENAL CODE.  COST OF
21 PRESENTENCE INVESTIGATION AND PRESENTENCE REPORT - $412.00.  COST
22 OF SUPERVISION - $28.00 PER MONTH.
23

-10-  (ESCALANTE)
76C692G — PROB. 5A