# EXHIBIT F


C-file copy

# Life-Term Inmate Evaluation for the Board of Prison Terms
# MENTAL HEALTH EVALUATION

## PSYCHOSOCIAL ASSESSMENT

1. IDENTIFYING INFORMATION

| | |
|---|---|
| NAME: | Escalante, Justo |
| CDC# | E-91258 |
| AGE: | 42 years |
| DOB: | 03/26/63 |
| MARITAL STATUS: | single |
| RACE: | Hispanic |
| RELIGION: | Evangelist |
| DATE OF REPORT: | 12/07/05 |

This report is based on review of the inmate's medical file, review of his C-file, prior Board of Prison Terms reports. Prior psychological evaluations, current classification information and probation officer's report were used in preparation for this report. The current interview with the inmate and the report are limited by the amount of information given to this examiner by the inmate at the time of the interview. The following information is accurate to the extent that the records and the inmate's self-report are accurate As a result, the absolute accuracy cannot be assured. The primary purpose of this report is to provide the Board of Prison Terms psychological data, psychiatric diagnostic information and an assessment of dangerousness in regard to his possible release to the community. This evaluator is not responsible for any inaccurate statements or changed opinions expressed by the inmate at a later date. The inmate was interviewed for approximately 1 hour and 10 minutes and the inmate's file was reviewed for approximately 4 to 6 hours.

The inmate was informed that the interview was not confidential and a report with the results of the evaluation would be submitted to the Board of Prison terms to assist in determining his eligibility for parole. The inmate was informed that any disagreement with the substantive conclusion could be most appropriately address at the inmate's Board hearing. The inmate appeared to understand the nature of the evaluation and the possible consequences of the interview to the best of the inmate's ability. For reasons not limited to the possibility that an individual may have a mental disability or condition which may qualify, under the American's with Disabilities Act, the evaluation was conducted by a licensed clinical psychologist.

**Previous Board of Prison Term Evaluations**
This is apparently the 4th psychological evaluation for the Board of Prison Terms on this inmate. The inmate was provided the opportunity to review Carswell, Ph.D., and 1999 evaluation and endorsed it with minor changes as noted below.

## II. DEVELOPMENTAL HISTORY
No notable changes from Dr. Carswell's 1999 report.

## III. EDUCATION
No notable changes from Dr. Carswell's 1999 report. He received his GED in 2000.

## IV. FAMILY HISTORY
No notable changes from Dr. Carswell's 1999 report. His father is in good health at age 66 and writes to him occasionally.

## V. DEVELOPMENT AND SEXUAL ORIENTATION
The inmate reported no sexual adjustment issues and has no history of sexual acting out recorded in his records. He describes himself as heterosexual and denied engaging in dangerous sexual behaviors.

## VI. MARITAL HISTORY
This inmate stated he has never been married nor does he have any children.

## VII. MILITARY HISTORY

Inmate Escalante denied any military service.

## VIII. EMPLOLYMENT HISTORY

No notable changes from Dr. Carswell's 1999 report. He has experience in both electricity and plumbing.

## IX. SUBSTANCE ABUSE HISTORY



Escalante, JustoE-91258  CTF2

Mr. Escalante has a history of alcohol, marijuana and cocaine abuse. He stated that he has been an active member in Alcoholics anonymous and Narcotics Anonymous since 1995. Chronos in his C file evidence the fact that he has been very active in both self-help groups over the past 10 years.

## X. PSYCHIATRIC AND MEDICAL HISTORY

He denied any past or present significant diagnosis or illnesses.

## PLANS IF GRANTED RELEASE

Inmate plans to return to Honduras if paroled. There is an INS hold out on this inmate. He will live with his younger brother, David, and work in either the electrical or plumbing trade. His prognosis for community living is guarded.

## CURRENT MENTAL STATUS/TREATMENT NEEDS:

Mr. Escalante's appeared younger than his 42 years of age. He was cooperative, made good eye contact and exhibited no noticeable or atypical behaviors. His speech was clear and his thoughts were well organized. His affect was appropriately variable and his mood was euthymic. There was no homicidal or suicidal ideation noted. He did not experience any type of perceptual disturbances. He was oriented and expresses appropriate plans upon parole.

**DSM IV Diagnoses**
Axis I  Polysubstance Abuse, by history, in institutional remission
Axis II Deferred
Axis III None
Axis IV Psychosocial Stressors: Incarceration
Axis: V Global Assessment of Functioning 75

## XIII. REVIEW OF LIFE CRIME

As stated in previous reports, this inmate denies any involvement in his current life offense. He stated that he did not know the people who testify against him, and he has no idea how he was convicted of his crime. He maintains his innocence concerning this life crime. Therefore, whether insight into whether or not this would happen again is obviously unknown.

Escalante, Justo               E-91258  CTF                                3

**Assessment of Dangerousness:**

A. Within a controlled setting, his risk is minimal or if released into the community, the risk is also minimal. Significant risk factors and precursors to violence are his past alcohol and substance abuse, and a relapse would increase his risk for violence and undo the gains he has made.

B. He has not received any CDC 115's and has matured since being incarcerated.

**Comments and Recommendations:**

1. If paroled, he should be mandated to attend both NA and AA and have frequent periodic drug testing for alcohol and illegal substances.

2. This inmate still denies any responsibility in his crime, and needs to develop some insight or reasonable explanation before being considered for parole.

Respectfully submitted,



Laura Petracek, Ph.D.  
Contract Psychologist, CA License PSY 20033  
CTF Soledad

12/08/05  
Date

_____, Ph.D.  
B. Zika, Ph.D.  
Senior Supervising Psychologist  
Correctional Training Facility, Soledad

12/8/05  
Date

Escalante, Justo         E-91258  CTF                4